FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 23 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ASIRUS MA'AT EL,

                Plaintiff,

   -against-

VESID ORGANIZATION QUEENS ACCESS,
NEW YORK STATE EDUCATION
DEPARTMENT OFFICE OF VOCATIONAL
EDUCATIONAL SERVICES FOR
INDIVIDUALS WITH DISABILITIES,
ANDREA BRANT, JOHN NORDOZZI, and
HOWARD CASPEN,

                Defendants.
-----------------------------------------------------------X

JUDGMENT
11-CV- 3228 (BMC)

      A Memorandum Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on November 21, 2011, granting Defendants' motion to dismiss; dismissing the complaint; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum Decision and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

      ORDERED and ADJUDGED that Defendants' motion to dismiss is granted; that the Complaint is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum Decision and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       November 21, 2011

                                                    DOUGLAS C. PALMER
                                                    Clerk of Court